IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STACI DENISE THOMAS, | ) |
| | ) Case No. 6:16-cv-02055-JR |
| Plaintiff, | ) |
| | ) SUPPLEMENTAL ORDER FOR |
| | ) PAYMENT OF ATTORNEY FEES |
| vs. | ) PURSUANT TO EAJA |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

RUSSO, Magistrate Judge:

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), it is ORDERED that attorney fees in the amount of $1,052.83 are hereby awarded to Plaintiff, in addition to the $5,390.38 in attorney fees previously granted by this Court in the above-captioned case. Payment of this supplemental award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government

through the Federal Treasury Offset Program. There are no supplemental costs or expenses to be paid herein.

DATED this 9th day of April 2018.

_____
JOLIE A. RUSSO
United States Magistrate Judge


Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff

SUPPLEMENTAL ORDER FOR EAJA FEES - 2
6:16-cv-02055-JR